IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00355-PAC-BNB

OSCAR U. SOMOZA, et al.,

    Plaintiff(s),

v.

UNIVERSITY OF DENVER, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that defendant's Motion for Entry of Stipulated Protective Order [filed July 25, 2005] is **denied** without prejudice.  Defendant failed to submit a proposed Stipulated Protective Order.

Dated:  August 30, 2005