IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00355-PAC-BNB

OSCAR U. SOMOZA, and
MIRIAM BORNSTEIN-GOMEZ,

Plaintiffs,

v.

UNIVERSITY OF DENVER,
BOARD OF TRUSTEES OF THE UNIVERSITY OF DENVER,
HELGA WATT,
LUC BEAUDOIN, and
JAVIER TORRE, in their individual capacities,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate and Reschedule Settlement Conference** (the "Motion"), filed on August 23, 2005.

IT IS ORDERED that the Motion is GRANTED and that the Settlement Conference set for August 29, 2005, is **vacated and reset to September 30, 2005, at 10:30 a.m.,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. This requirement is not satisfied by the presence of counsel only.

The Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov., on or before **September 23, 2005**. **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.** Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

DATED: August 30, 2005