**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00355-PAC-BNB

OSCAR U. SOMOZA, et al.,

    Plaintiffs,

v.

UNIVERSITY OF DENVER, et al.,

    Defendants.

## ORDER DISMISSING 6TH CLAIM FOR RELIEF ONLY

Upon consideration of Plaintiffs' Motion to Dismiss Sixth Claim for Relief, Interference with Prospective Business Advantage dated October 19, 2005 (doc. 41), it is ORDERED that the motion is **granted**. Plaintiffs' Sixth Claim for Relief, Interference with Prospective Business Advantage is dismissed with prejudice as to all defendants; each side to bear its own attorneys' fees and costs.

Dated this 20th day of October 2005.

                                                    By the Court:
                                                  s/Patricia A. Coan
                                                  Patricia A. Coan
                                                  United States Magistrate Judge