IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00355-PAC-BNB

OSCAR U. SOMOZA, et al.,

    Plaintiff(s),

v.

UNIVERSITY OF DENVER, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order Deadlines for Discovery and Dispositive Motions [filed October 12, 2005] is **GRANTED** as follows:

    The discovery deadline is extended to **December 31, 2005.**

    The dispositive motions deadline is extended to **January 31, 2006.**

    Plaintiff has three additional depositions and 10 additional interrogatories and requests for production of documents.

    IT IS **ORDERED** that counsel shall comply with the Court's electronic filing procedures, § V.L. concerning the submission of proposed orders.

    IT IS **FURTHER ORDERED** that plaintiffs' counsel shall not misrepresent a motion as "joint" when opposing counsel does not agree.

Dated:  November 3, 2005