IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00355-PAC-BNB

OSCAR U. SOMOZA, et al.,

    Plaintiff(s),

v.

UNIVERSITY OF DENVER, et al.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulation to Amend Complaint to Add Title VII Claims [filed November 16, 2005; Doc. No. 51] is approved. The Amended Complaint and Jury Demand [Doc. No. 52] shall be date-stamped and filed with the Court this date.

    IT IS **FURTHER ORDERED** that plaintiff's Motion for Leave to Amend Complaint and to Add Norman Watt and Jennifer Pap as Parties/Defendants [filed October 21, 2005; Doc. No. 45] is **denied as moot.**

Dated: November 21, 2005